UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HARTWELL & <br> MELANIE HARTWELL   h/w <br><br> Plaintiffs <br> vs. <br><br><br> BUREAU OF COLLECTION <br> RECOVERY, INC. <br> Defendant | Case Number: 09-cv-2319 <br><br> CIVIL COMPLAINT <br><br><br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

AND NOW, this 7th day of June, 2010,  it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.


Warren & Vullings, LLP


BY:  /s/ *Brent F. Vullings*
     Brent F. Vullings, Esquire
     Attorney for Plaintiff



Fineman, Krekstein & Harris, P.C.

BY: _____
    Richard J. Perr, Esquire
    Attorney for Defendant